UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                    :

CHANDRAPAL HARRYRAM,                               :

                                Petitioner,                           :

                                                              :           20-CV-7254 (JMF)
                   -v-                                             :

                                                               :           <u>TRANSFER ORDER</u>

THOMAS DECKER, *in his official capacity as Field*  :
*Office Director, New York City Field Office, U.S.*
*Immigration & Customs Enforcement*, et al.,        :

                                  Respondents.             :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Based on the parties' joint letter dated September 4, 2020, *see* ECF No. 7, this case is hereby TRANSFERRED to the United States District Court for the District of New Jersey. In light of that, the conference scheduled for September 9, 2020, is cancelled.

       The Clerk of Court is directed to transfer this action to the District of New Jersey forthwith — that is, **immediately** and notwithstanding Local Rule 83.1 — and then to close the case in this Court.

       SO ORDERED.

Dated: September 8, 2020
       New York, New York                                                    JESSE M. FURMAN
                                                                   United States District Judge